AUSA Cottingham

# United States District Court

**Western** District Of **Texas**

FILED
2015 AUG 18 PM 12: 31
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> V. <br> Hugo PEDRAZA-Gallegos | **CRIMINAL COMPLAINT** <br><br> CASE NUMBER: 1:15-mj-388 |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about January 19, 2015, in Travis County, in the Western District of Texas defendant(s),

**Hugo PEDRAZA-Gallegos,** an alien, was found in the United States in the Western District of Texas after being previously removed from the United States to **Mexico** on or about **February 18, 2014**, at **Laredo, Texas**, and who had not thereafter obtained the consent of the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission to the United States.

in violation of Title 8 United States Code, Section(s) 1326. I further state that I am a Deportation Officer - Immigration and Customs Enforcement (ICE) and that this complaint is based on the following facts:

On or about **January 19, 2015**, Defendant **Hugo PEDRAZA-Gallegos**, an alien, was found in the Travis County Jail, Austin, Texas, within the Western District of Texas. Deportation Officer Davis lodged a detainer after receiving an Immigration Alien Response (IAR), a biometric fingerprint alert, on the defendant and subsequent queries identified the defendant as a previously removed alien.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **Mexico** on or about **February 18, 2014**, at **Laredo, Texas**, and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

Continued on the attached sheet and made a part hereof: ☐ Yes  X  No

Signature of Complainant (John Ligon)

Sworn to before me and subscribed in my presence,

August 18, 2015    at    Austin, Texas

Date                                 City and State

Mark Lane
United States Magistrate Judge

Name & Title of Judicial Officer          Signature of Judicial Officer